■ In the Matter of FRONTENAC CRYSTAL SPRINGS, INC., Appellant, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Respondents, et al., Respondent. (Appeal No. 1.) [749 NYS2d 199] —Appeal from a judgment (denominated order) of Supreme Court, Jefferson County (Gilbert, J.), entered August 8, 2001, which dismissed the CPLR article 78 petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Jefferson County, Gilbert J. Present—Wisner, J.P., Hurlbutt, Scudder, Gorski and Lawton, JJ.

■ In the Matter of TOWN OF CAPE VINCENT, Appellant-Respondent, v HENRY LACLAIR, in His Capacity as Zoning Officer of Town of Clayton, Respondent-Appellant. FRONTENAC CRYSTAL SPRINGS, INC., Appellant. (Appeal No. 2.) [749 NYS2d 200] —Appeal and cross appeal from certain parts of a judgment (denominated order) of Supreme Court, Jefferson County (Gilbert, J.), entered August 8, 2001, which, inter alia, denied the motion of Frontenac Crystal Springs, Inc. to consolidate or intervene.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Jefferson County, Gilbert, J. Present—Wisner, J.P., Hurlbutt, Scudder, Gorski and Lawton, JJ.